

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12 JAN 27 AM 9:01

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **12MJ0342** |
|---|---|---|
| Plaintiff, | ) | |
|  | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
|  | ) | Title 8, U.S.C., Section 1326 |
| Miguel Angel MENDOZA-Vargas, | ) | Attempted Entry after Deportation |
|  | ) | |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about January 26, 2012, within the Southern District of California, defendant Miguel Angel MENDOZA-Vargas an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro, California, Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Bianca Marcel, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 27th day of January, 2012.

UNITED STATES MAGISTRATE JUDGE





## PROBABLE CAUSE STATEMENT

On January 26, 2012, at approximately 4:05 AM, a subject later identified as Miguel Angel MENDOZA-Vargas (Defendant) made application for admission into the United States at the San Ysidro, California Port of Entry pedestrian facility. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States Passport Card bearing the name "D.M.R." The CBP Officer performed an automated query and received a computer generated referral indicating he may have an active warrant. The CBP Officer then escorted Defendant to secondary for further inspection.

During secondary inspection, Defendant was determined to be an imposter to the United States Passport Card. Defendant was queried by fingerprint and photograph comparison through the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). IAFIS and IDENT returned with a match to the query, identifying Defendant as a citizen of Mexico who had been previously deported, and linked Defendant to Immigration and Federal Bureau of Investigation records.

Further queries using the Immigration Central Index System (CIS) and the Enforce Alien Removal Module (EARM) confirmed Defendant is a citizen of Mexico with no legal documents to enter the United States. CIS and EARM queries revealed Defendant was ordered removed from the United States by an Immigration Judge on or about April 22, 2008 and was subsequently physically removed to Mexico. Immigration service records indicate no evidence that Defendant has applied for nor received permission from the United States Attorney General or his designated successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

Defendant was admonished of his Miranda rights and elected to submit to questioning without the benefit of counsel. Defendant admitted he is a citizen of Mexico with no legal documents to enter the United States. Defendant admitted to having been previously deported and stated he has not applied for permission to legally return to the United States. Defendant stated he intended on going to San Fernando, California to reunite with family.



# USAO INTAKE INFORMATION RAP SHEET

*When renaming and saving file please use the format "LastName-RapSheet." (i.e. Ayala-Nunez-RapSheet)*

First: Miguel   Mid. Angel   Last: MENDOZA   - Vargas   **'12MJ0342**

Case No. 12MJ

## RAP SHEET SUMMARY CHART

[Add Row]

| X | 02/06/2007 | CASC LA | 459 PC - Burglary 1st Degree (F) | 2 Yr Prison | |
|---|---|---|---|---|---|
| | | | | ON PAROLE/PROBATION | |
| | | | | TOTAL POINTS | |
| | | | | CRIMINAL HISTORY CATEGORY | |
| | | | | DEPORTATIONS | 1 |
| | | | DATE OF MOST RECENT DEPORTATION | 04/22/2008 | |

[Reset Form]   [Submit by Email]   [Print Form]



# DEFENDANT LOCATOR FORM

Name of Defendant: <u>MENDOZA-Vargas, Miguel</u>   DOB: <u>04/14/1987</u>

Date of Arrest: <u>01/26/2012</u>   Time of Arrest: <u>0405</u>

Arresting Agent/Agency: <u>U.S. Customs and Border Protection / OFO</u>
Immigration Status:
USC _____ MEX <u>X</u> OTHER _____ ILLEGAL <u>X</u> LPR _____ BCC _____

## MCC Information

Reservation no.: <u>#59</u>   or Window time: <u>0930</u>

Date of Booking: <u>01/26/2012</u>   Booking Number: <u>30292-298</u>

## Other Booking Facility Information

(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _____ Arrival date: _____ Temporary stay: **Yes** or **No**

## Hospitalized Defendant Information

Name of Medical Center: _____

Date of Hospital Admittance: _____   Time: _____

Reason for Hospitalization: _____

_____

Expected Date of Discharge (Approx. if known): _____

(Revised 01/2012)