# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12CR0699-IEG |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL ANGEL MENDOZA-VARGAS, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information.

**DATED: March 29, 2012**

_____
**IRMA E. GONZALEZ**
**United States District Judge**

12CR0699-IEG